### 11839

#### HARRIS v. FLOYD, MAYOR, *ET AL.*

(129 S. E., 833)

MUNICIPAL CORPORATIONS—IMPROVEMENT BONDS HELD NOT TO CREATE EXCESSIVE DEBT.—Injunction against sale of street improvement bonds, on ground that purposed issue plus outstanding street bonds would create a bonded debt for street improvements in excess of constitutional limitations, imposed on city by constitutional amendment, ratified March 11, 1923 (33 Stat., 129), *held* unwarranted.

Proceeding in the original jurisdiction of the Supreme Court, October, 1925.  Petition dismissed.

Suit for injunction by I. E. Harris against J. F. Floyd as Mayor of Spartanburg and others.

*Mr. I. C. Blackwood,* for petitioner, cites: *Case distinguished:* 126 S. E., 336.

*Messrs. Lyles, Daniel & Drummond,* for respondents, cite: *Case governed by:* 126 S. E., 336.

October 14, 1925.

*Per Curiam.*  Petitioner brings this proceeding in the original jurisdiction to enjoin the sale by the city of Spartanburg of $790,000 street improvement bonds, on the ground that the proposed issue, plus outstanding street bonds, will create a bonded debt for street improvements in excess of the constitutional limitation imposed on that city by an amendment ratified March 11, 1923 (33 Stat., 129).

The identical question was decided adversely to petitioner's contention in *Heinitsh v. Floyd,* 130 S. C., 434; 126 S. E., 336.

The injunction prayed is therefore refused, and the petition dismissed.

MR. CHIEF JUSTICE GARY and MESSRS. JUSTICES WATTS, COTHRAN and MARION concur.